## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In the Matter of the Title to the M/V MISS DIXIE, <br><br> and <br><br> HEX STONE INCORPORATED, <br><br>   Plaintiffs, <br><br> v. <br><br> JRC MARINE, LLC, RANNY FITCH, and LARRY FITCH, <br><br>   Defendant. | Case No. 2:19-cv-00024-JMB |

### REQUEST FOR SUMMONSES TO BE ISSUED

COME NOW Plaintiffs and for their request for summonses to issue state:

1.　　On March 20, 2019, the above captioned lawsuit was filed.

2.　　With the original complaint, Plaintiffs file Requests to Waive Service and Waiver of Service forms.

3.　　Requests to Waive Service and Waiver of Service forms were never mailed.

4.　　Plaintiffs have decided the best course of action is to have the summonses and complaint served on Defendants by private process servers.

WHEREFORE, Plaintiffs request the attached summonses be issued.

1

TONKIN & MONDL, L.C.,
James K. Mondl, MO #38983
Richard D. McNelley, MO #54102

By: /s/ Richard D. McNelley
701 Market Street, Suite 260
St. Louis, MO  63101
314-231-2794
314-231-1481 (fax)
jmondl@tonkinmondl.com
rmcnelley@tonkinmondl.com
**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this Thursday, April 11, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all attorneys

/s/ Richard D. McNelley

2